

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.W.T. and
I.G.T., children,

No. 11-16-00116-CV

* From the 118th District Court
 of Howard County,
 Trial Court No. 49,041.

* October 13, 2016

* Per Curiam Memorandum Opinion
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.